UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN MOSES,<br><br>    Plaintiff,<br><br>v.<br><br>MARIN CORPORATION, et al.,<br><br>    Defendants. | Case No. 22-cv-03206-JSC<br><br>**ORDER OF DISMISSAL** |

Plaintiff, an inmate at Napa State Hospital, who is proceeding without representation by an attorney, filed this civil rights complaint under 42 U.S.C. § 1983. The only remaining claim is against Defendant "John Doe One" for allegedly using excessive force against him during his arrest. Plaintiff was directed to submit the name of this Defendant on or before February 24, 2023. (ECF No. 12 at 7.) He was cautioned that if he did not "submit the name of this Defendant by the deadline, or show cause for an extension of time, the claims against this Defendant will be dismissed without prejudice to Plaintiff filing them in a new case in which he provides this Defendant's name." (*Id.*) No response from Plaintiff has been received. Consequently, this case is DISMISSED without prejudice to Plaintiff brining his claim of excessive force in a new case in which he provides the name of the "John Doe" Defendant.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 15, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge